UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TIMOTHY LAMAR BARNETT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:17CV2225 HEA |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Commissioner Nancy A. Berryhill's Motion to Reverse and Remand. For the reasons set forth in the motion, the Court agrees that the decision of the Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 13th day of February, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE